FILED
DEC 11 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Bruce W. Foutch II

_Plaintiff/Petitioner(s)_

v.

Dupo Police Officer Jeremy Zimmer

_Defendant/Respondent(s)_

Case Number: 14-1366-MJR
(Clerk's Office will provide)

☑ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

Bruce Foutch II #B-87933
Western Il. Corr. Ctr.
2500 Rt. 99 South
Mt. Sterling, Il. 62353

**Defendant #1:**

B. Defendant __Jeremy Zimmer__ is employed as
(a) (Name of First Defendant)
__Dupo Police Officer__
(b) (Position/Title)
with __Dupo Police Dept.__
(c) (Employer's Name and Address)
__100 North 2nd Ste., Dupo, Il. 62239__

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☑ Yes ☐ No

If your answer is YES, briefly explain:

He was on duty Dupo Police officer

(Rev. 7/2010)

1

**Defendant #2:**

C.   Defendant _____N/A_____ is employed as

(Name of Second Defendant)

_____

(Position/Title)

with _____

(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☐ Yes   ☐ No

If you answer is YES, briefly explain:



N/A

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

N/A

III. **GRIEVANCE PROCEDURE**

    A.    Is there a prisoner grievance procedure in the institution? ❏ Yes    ❏ No

    B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?  ❏ Yes    ❏ No

    C.    If your answer is YES,
        1.    What steps did you take?



        2.    What was the result?

    D.    If your answer is NO, explain why not.



    E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ❏ Yes    ❏ No

    F.    If your answer is YES,
        1.    What steps did you take?



        2.    What was the result?

    G.    If your answer is NO, explain why not. 

    H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:



IV. STATEMENT OF CLAIM

    A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

On July 28, 2013 Officer Jeremy Zimmer was called to the Red Roof Storage Units in Dupo, Il. 62239, by Anna Washburn and myself to report missing property. I was talking with Officer Zimmer when the owner of Storage Units showed up and there was a brief altercation between the owner and myself because he sold the property missing without properly notifying Anna or myself. After the altercation I was headed to my car when officer Zimmer Tased me without warning. One taser prong was imbedded in my forehead and the other was imbedded in my front shoulder area, when I fell a rock went into my skull. The result was a Right Frontal Depressed Skull Fracture. I was taken to Barnes Hospital in St. Louis, Mo, where they performed brain surgery. I had air on my brain so they cut a piece of my skull out and put three titanium plates in and 31 staples from my forehead to my ear. (Photo's enclosed, with hospital release papers) I have major scar, daily headaches, siezures, and major memory loss.

Anna Washburn, from East Carondelet, Il 62240 was there when incident happened and the officer never warned me or asked me to get down before tasing me. I feel this officer used "Excessive Force". I filed a written Formal Complaint to the Dupo Police Station on 11-24-14.

(Rev. 7/2010)

5

V. **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

I want all hospital and ambulance bills paid, plus I would like $500,000 in punitive damages; physical and emotional.

VI. **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 12-4-14 (date)

Signature of Plaintiff: Bruce W. Foutch II

2500 Rt. 99 South (Street Address)

Printed Name: Bruce W. Foutch II

Mt. Sterling, IL 62353 (City, State, Zip)

Prisoner Register Number: IDOC# B-87933

N/A
Signature of Attorney (if any)

(Rev. 7/2010)       6




**BARNES JEWISH Hospital**
BJC HealthCare

| | |
|---|---|
| Acct: 702101308 | Inpatient   MRN: 556678439 |
| Name: FOUTCH, BRUCE | |
| DOB: 05/05/1978 | 35y   M |
| Ray, Wilson Z | 07/28/2013 |
| 11500 | BJH-11579-B |

## Patient Discharge Instructions

**Discharge Date:** 07/31/2013

**Discharge Diagnos(es)**
  **Principal Diagnosis:** Right frontal depressed skull fracture

**Allergies**
  No Known Allergies:
  No Known Allergies:

**Patient Guidelines**
  Call Your Doctor If: * You have a fever of 101 degrees or higher.
  * You have drainage from your incision.
  * Your incision is red or swollen.
  * You have a very bad headache that is getting worse.
  * Pain medicine or rest is not helping your headache.
  * You have nausea or vomiting.
  * You feel very tired and don't have any energy to do your daily activities.
  * You feel very confused or you are not able to think clearly.
  Diet: Regular diet as tolerated
  Activity: * It is normal to feel tired for a few weeks after surgery.
  * Taking short walks and getting plenty of rest will give you more energy.
  * Do NOT lift anything heavier than a telephone book or carton of milk (more than 5-10 pounds) until approved by your doctor.
  * Do NOT do any yard work or heavy housework until approved by your doctor.
  * Try to get help from family and friends while you heal.
  Care Instructions: * Keep your incision clean. Do NOT use lotions or creams over incision.
  * Make sure any hats or scarves covering your incision are clean and not worn tightly.
  Special Instructions: Continue to take your seizure medicine until your doctor tells you to stop.

**Current Care Provider(s)**
  Current Care Provider (s): Attending at Discharge: Ray, Wilson Z

**Influenza Screening - September 15 thru March 31**
  Did patient meet criteria for vaccine this admission?: Out of season

**Pneumonia Screening - Year Round**
  Did patient meet criteria for vaccine this admission?: No

**Patient Returned Valuables**
  Returned Valuables: Yes

**Vital Signs at Discharge**
  Time: 10:00AM
  Temperature (C): 36.4 degrees C
  Temperature (F): 97.5 degrees F
  Pulse Rate: 72 bpm
  Respiratory Rate: 20 breath per minute
  Non Invasive BP Systolic: 110 mm Hg

---

Requested By: rcs8092rn     07/31/2013 12:06     Job ID: 2993090     Page 1 of 6



| Acct: | 702101308 | Inpatient | MRN: | 556678439 |
|---|---|---|---|---|
| Name: | **FOUTCH, BRUCE** | | | |
| DOB: | 05/05/1978 | | 35y | M |
| | Ray, Wilson Z | | | 07/28/2013 |
| | 11500 | | **BJH-11579-B** | |

## Patient Discharge Instructions

**Vital Signs at Discharge**
  **Non Invasive BP Diastolic:** 58 mm Hg

**Case Management**
  **Discharge Disposition:** Home
  **Discharge Transportation:** Car

**Education Materials Given & Reviewed with Patient**
  **Pump Up Your Heart:** Pump Up Your Heart teaching tool given and reviewed with patient/family; includes activity, diet, discharge medications, follow-up appointment with MD, daily weight monitoring, what to do if symptoms worsen and smoking cessation.



| Acct: | 702101308 | Inpatient | MRN: | 556678439 |
|---|---|---|---|---|
| Name: | FOUTCH, BRUCE | | | |
| DOB: | 05/05/1978 | 35y | | M |
| | Ray, Wilson Z | | | 07/28/2013 |
| | 11500 | BJH-11579-B | | |

# Patient Discharge Instructions

## Patient Discharge Instruction Statements

We want to help you stay healthy and well at home. Important ways you can help yourself are:

1. Take your medicines as your doctor prescribed. Talk with your doctor if paying for your medicines is a problem.
2. Keep a current list of your medicines and know why you are taking each one. Bring this list with you to your doctor visits.
3. Keep your follow-up doctor visits. This is very important. Make a list of questions you may want to ask your doctor. Bring this list with you to your doctor visits.
4. Look over the teaching sheets the nurses gave you while you were in the hospital. Ask your doctor or nurse for help if you do not understand this information.
5. Keep community resource phone numbers handy, such as for transportation.

Symptoms Worsening:
Call your doctor if you feel worse. Call right away if you have problems breathing, have more swelling or become very tired.

Follow-Up Visit:
Call your doctor for a follow-up visit, if this has not already been done. This is very important.

Smoking Cessation:
If you don't smoke, don't start. If you do smoke, stopping may be the best thing you can do to be healthy and live a long life. Call for help to stop smoking.
• BJH Siteman Cancer Center 314-454-QUIT (7848)
• American Lung Association 1-800-586-4872
• National Cancer Institute 1-800-422-6237
• Missouri Tobacco Quit Line 1-800-784-8669

General Dietary Guidelines:
Eating healthy foods will cut your risk of heart disease, stroke, diabetes, and some cancers. Healthy foods are low in fat, cholesterol, and salt (sodium). Talk to your doctor about what you can and cannot eat, and any special rules to follow.

Weight Monitoring:
Your health can be affected by your weight. Being overweight can increase your risk of heart disease, cancer, and diabetes. Check your weight once a week, or as often as your doctor tells you. Talk to your doctor about what you should weigh, and what to do if you have a sudden weight gain or weight loss.

Cardiac Rehabilitation:
It is a good idea to go to a heart program if you have a heart problem. This is a learning and work out program. It helps you get back on your feet and live a life style that is good for you. Talk to your doctor. Call the Heart Care Institute at 877-834-2938 to learn more.

Mental Health Resource Information:



| Acct: | 702101308 | Inpatient | MRN: | 556678439 |
|---|---|---|---|---|
| Name: | FOUTCH, BRUCE | | | |
| DOB: | 05/05/1978 | | 35y | M |
| | Ray, Wilson Z | | | 07/28/2013 |
| | 11500 | | BJH-11579-B | |

## Patient Discharge Instructions

You may feel hopeless or that you don't want to live. With help these feelings will go away. But, call 911 or go to the closest emergency room right away if you feel like you want to hurt yourself or others.

In Missouri Call:
• Life Crisis 314-647-Help (314-647-4357)
• Behavioral Health Response
314-469-6644 or 1-800-811-4760
• Mid-Missouri Crisis Line
573-445-5035 or 1-888-761-4357
• Mid-Missouri Hearing Impaired
573-445-5059 or 1-800-380-3323

In Illinois or Anywhere in the Country Call:
• Help for Adults 618-465-4388
• 1-800-SUICIDE (1-800-784-2433)
• Help for Children 1-800-345-9049
• 1-800-273-TALK (1-800-273-8255)

### myBJC:

Once you leave the hospital, you can access your test results and health information from home through a secure website called myBJC. To register online, please visit www.myBJC.org/patient/enroll within 30 days after your hospital stay. You will need to enter your patient account number located at the top right of these discharge instructions.



| Acct: | 702101308 | Inpatient | MRN: | 556678439 |
|---|---|---|---|---|
| Name: | FOUTCH, BRUCE | | | |
| DOB: | 05/05/1978 | | 35y | M |
| | Ray, Wilson Z | | | 07/28/2013 |
| | 11500 | | BJH-11579-B | |

## Patient Discharge Instructions

### Appointments

**Appointment:** Follow up appointment scheduled

Doctor/Clinic: Primary Care Medicine Clinic, Center for Outpatient Health, 4901 Forest Park, 2nd Floor, Suite 241, Phone: 314-362-5060

Date/Time: Aug 14 2013 9:00AM

Comments: Please bring discharge instructions and medications to appointment. Case manager attempted to make appointment at Southern Illinois Healthcare Foundation, but 3 offices close to your residence are not taking new patients.

**Appointment:** Please call to schedule your follow-up appointment

Doctor/Clinic: Neurosurgery Clinic, Center for Outpatient Health, 4901 Forest Park Ave. Suite 420, St. Louis, MO. 63110. Phone 314-362-9100

Your doctor would like to see you in about 7 Days

Comments: for staple removal.