FILED

DEC 11 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Bruce W. Foutch II
_Plaintiff(s)_

Oupo
v.
Police Officer Jeremy Zimmer
_Defendant(s)_

Case Number: 14-1366-MJR

## MOTION AND AFFIDAVIT TO PROCEED
## IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this motion, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: Western Il. Corr. Ctr.
I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months. NOTE: You must have an authorized institutional officer complete the last page of this form.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

N/A

My gross pay or wages are: $ 0 , and my take-home pay or wages are: $ 0 per
(specify pay period) 0 .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment     ☐ Yes   ☑ No
(b) Rent payments, interest, or dividends               ☐ Yes   ☑ No
(c) Pension, annuity, or life insurance payments        ☐ Yes   ☑ No
(d) Disability or worker's compensation payments        ☐ Yes   ☑ No
(e) Gifts or inheritances                               ☐ Yes   ☑ No
(f) Any other sources                                   ☐ Yes   ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

N/A

4. Amount of money that I have in cash or in a checking or savings account: ___N/A___.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Calif. Child support $11,500, payable to ~~Epu~~ Imperial County, Ca 92243
Hospital bills from injuries
Barnes Hospital – St. Louis, MO.
Touchette Regional – Centerville, Il.

**Declaration:** I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Date: 12-4-14                           Bruce Foutch II
                                         _____
                                           Movant's signature
                                         Bruce Foutch II
                                         _____
                                           Printed name

## CERTIFICATION
(TO BE COMPLETED BY AN AUTHORIZED INSTITUTIONAL OFFICER)

Plaintiff/Petitioner: Bruce W. Foutch II

Institution: Western Il. Corr. Ctr.

Register Number: B-87933

I, V. Peterson, Acct. Tech I, hereby certify that the
(Name and Title of Authorized Officer - please print)

inmate identified above currently has the sum of $ 74.46 on account at

Western Il. Corr. Ctr.
(Institution where confined)

V. Peterson
Signature of Authorized Officer

Dated: 12/4/14

PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.

Please mail the statement and this completed form to:
Clerk of Court
United States District Court
Southern District of Illinois
P.O. Box 249
East St. Louis, IL 62201

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 12/3/2014 | | | **Western Illinois Correctional Center** | | | Page 1 |
| Time: | 3:29pm | | | **Trust Fund** | | | |
| d_list_inmate_trans_statement_composite | | | | View Transactions | | | |

**Inmate: B87933 Foutch, Bruce W.**  **Housing Unit: WIL-03-D -55**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 67.51 |
| 06/06/14 | Payroll | 20 Payroll Adjustment | 1571107 | | P/R month of 5 2014 | 10.54 | 78.05 |
| 06/10/14 | Mail Room | 15 JPAY | 161200 | 35649051 | Washburn, Anna | 50.00 | 128.05 |
| 06/12/14 | Point of Sale | 60 Commissary | 1637113 | 815900 | Commissary | -121.77 | 6.28 |
| 06/17/14 | Disbursements | 80 Postage | 1683116 | Chk #111402 | 25322, CMRS-TMS Acc, Inv. Date: 06/11/2014 | -.98 | 5.30 |
| 06/23/14 | Mail Room | 15 JPAY | 174200 | 35984888 | Washburn, Anna | 120.00 | 125.30 |
| 06/24/14 | Point of Sale | 60 Commissary | 1757113 | 817581 | Commissary | -113.07 | 12.23 |
| 07/01/14 | Disbursements | 80 Postage | 1823116 | Chk #111566 | 25567, CMRS-TMS Acc, Inv. Date: 07/01/2014 | -1.19 | 11.04 |
| 07/03/14 | Payroll | 20 Payroll Adjustment | 1841107 | | P/R month of 6 2014 | 10.00 | 21.04 |
| 07/03/14 | Disbursements | 90 Medical Co-Pay | 1843116 | Chk #111575 | 25282, DOC: 523 Fund, Inv. Date: 06/03/2014 | -5.00 | 16.04 |
| 07/09/14 | Mail Room | 15 JPAY | 190200 | 36461542 | Washburn, Anna | 100.00 | 116.04 |
| 07/15/14 | Point of Sale | 60 Commissary | 196767 | 819209 | Commissary | -114.10 | 1.94 |
| 07/16/14 | Mail Room | 15 JPAY | 197200 | 36656252 | Washburn, Anna | 10.00 | 11.94 |
| 07/22/14 | Disbursements | 80 Postage | 2033116 | Chk #111822 | 25821, CMRS-TMS Acc, Inv. Date: 07/17/2014 | -1.19 | 10.75 |
| 07/23/14 | Mail Room | 15 JPAY | 204200 | 36844923 | Washburn, Anna | 75.00 | 85.75 |
| 07/29/14 | Point of Sale | 60 Commissary | 2107113 | 820851 | Commissary | -84.13 | 1.62 |
| 07/30/14 | Mail Room | 15 JPAY | 211200 | 36993950 | Washburn, Anna | 25.00 | 26.62 |
| 08/08/14 | Mail Room | 15 JPAY | 220200 | 37294207 | Washburn, Anna | 100.00 | 126.62 |
| 08/08/14 | Payroll | 20 Payroll Adjustment | 2201107 | | P/R month of 7 2014 | 14.15 | 140.77 |
| 08/08/14 | Disbursements | 84 Library | 2203107 | Chk #112026 | 25621, DOC: 523 Fund, Inv. Date: 07/03/2014 | -1.20 | 139.57 |
| 08/12/14 | Point of Sale | 60 Commissary | 2247113 | 822380 | Commissary | -136.68 | 2.89 |
| 08/14/14 | Disbursements | 80 Postage | 226387 | Chk #112123 | 26175, CMRS-TMS Acc, Inv. Date: 08/12/2014 | -1.19 | 1.70 |
| 08/19/14 | Disbursements | 80 Postage | 231387 | Chk #112179 | 26269, CMRS-TMS Acc, Inv. Date: 08/18/2014 | -1.19 | .51 |
| 08/24/14 | Mail Room | 15 JPAY | 236200 | 37732084 | Washburn, Anna | 140.00 | 140.51 |
| 08/26/14 | Point of Sale | 60 Commissary | 2387113 | 824119 | Commissary | -138.60 | 1.91 |
| 09/07/14 | Mail Room | 15 JPAY | 250200 | 38159506 | Washburn, Anna | 100.00 | 101.91 |
| 09/08/14 | Point of Sale | 60 Commissary | 2517113 | 825439 | Commissary | -98.31 | 3.60 |
| 09/09/14 | Mail Room | 09 Miscellaneous Receipts | 252216 | 107115158 | Compass Group | 5.00 | 8.60 |
| 09/11/14 | Payroll | 20 Payroll Adjustment | 2541107 | | P/R month of 8 2014 | 14.40 | 23.00 |
| 09/11/14 | Disbursements | 80 Postage | 2543107 | Chk #112406 | 26595, CMRS-TMS Acc, Inv. Date: 09/11/2014 | -1.19 | 21.81 |
| 09/22/14 | Mail Room | 15 JPAY | 265200 | 38533381 | Washburn, Anna | 120.00 | 141.81 |
| 09/22/14 | Point of Sale | 60 Commissary | 265767 | 827195 | Commissary | -137.88 | 3.93 |
| 09/27/14 | Mail Room | 15 JPAY | 270200 | 38734875 | Washburn, Anna | 80.00 | 83.93 |
| 09/30/14 | Point of Sale | 60 Commissary | 2737106 | 828176 | Commissary | -81.27 | 2.66 |
| 09/30/14 | Disbursements | 80 Postage | 2733107 | Chk #112636 | 26828, CMRS-TMS Acc, Inv. Date: 09/25/2014 | -1.19 | 1.47 |
| 10/09/14 | Payroll | 20 Payroll Adjustment | 2821107 | | P/R month of 9 2014 | 15.32 | 16.79 |
| 10/11/14 | Mail Room | 15 JPAY | 284200 | 39185910 | Washburn, Anna | 100.00 | 116.79 |
| 10/15/14 | Point of Sale | 60 Commissary | 2887113 | 829771 | Commissary | -102.47 | 14.32 |
| 10/26/14 | Mail Room | 15 JPAY | 299200 | 39579962 | Washburn, Anna | 80.00 | 94.32 |
| 10/29/14 | Point of Sale | 60 Commissary | 302717 | 831673 | Commissary | -93.81 | .51 |
| 11/07/14 | Payroll | 20 Payroll Adjustment | 3111107 | | P/R month of 102014 | 15.00 | 15.51 |
| 11/10/14 | Mail Room | 15 JPAY | 314200 | 40049897 | Washburn, Anna | 100.00 | 115.51 |
| 11/12/14 | Point of Sale | 60 Commissary | 316767 | 833166 | Commissary | -108.08 | 7.43 |
| 11/25/14 | Mail Room | 15 JPAY | 329200 | 40454205 | Washburn, Anna | 100.00 | 107.43 |
| 11/25/14 | Mail Room | 15 JPAY | 329200 | 40472585 | Washburn, Anna | 50.00 | 157.43 |
| 12/01/14 | Mail Room | 15 JPAY | 335200 | 40619596 | Almueti, Deborah | 50.00 | 207.43 |

Case 3:14-cv-01366-MJR-SCW   Document 2   Filed 12/11/14   Page 5 of 5   Page ID #17

Date: 12/3/2014  
Time: 3:29pm  
d_list_inmate_trans_statement_composite

**Western Illinois Correctional Center**  
**Trust Fund**  
View Transactions

Page 2

**Inmate:** B87933 Foutch, Bruce W.   **Housing Unit:** WIL-03-D -55

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/02/14 | Point of Sale | 60 Commissary | 3367100 | 835004 | Commissary | -129.67 | 77.76 |

|  |  |
|---:|---:|
| **Total Inmate Funds:** | 77.76 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 3.30 |
| **Funds Available:** | 74.46 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |