UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**FILED**
DEC 17 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Bruce W. Foutch II

Plaintiff(s)

vs.

Dupo Police Officer Jeremy Zimmer

Defendant(s)

Case Number: 14-1366-MJR

## MOTION FOR RECRUITMENT OF COUNSEL

**NOTE: Failure to complete all items in this form may result in the denial of this motion.**

1. I, Bruce W. Foutch II, am the (check appropriate box) ☒ plaintiff ☐ defendant in this case, I am unable to afford the services of an attorney, and I ask the Court to recruit counsel to represent me in this case. I understand that the Court will attempt to recruit counsel to represent me only if certain criteria are met.

2. I have tried to find an attorney to take my case by doing the following: (Describe in detail everything you have done to try to get an attorney to take your case so the judge can determine whether you have made a reasonable effort to obtain representation and attach copies of any documents which show you have tried to find an attorney – use additional pages if necessary.) I had my fiance (Anna Washburn) contact two attorneys; one she went to see And Another she talked to over the phone.

   In spite of my efforts, I have been unable to find an attorney, because: I Am currently incarcerated an unable to pursue Representation.

3. Check the appropriate box:
   ☒ I am not now, and previously have not been, represented by an attorney recruited or appointed by the Court in this or any other civil or criminal case before this Court.
   ☐ I am now, or previously have been, represented by an attorney recruited or appointed by the Court in the case(s) described on the next page.

4. Check the appropriate box:
   - [ ] I have attached to this motion an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.
   - [x] I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is a true and correct representation of my current financial status.
   - [ ] I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, but my financial status has changed. I have attached an Amended Application to Proceed *In Forma Pauperis* showing my current financial status.

5. The highest level of education I have completed is (check appropriate box): G.E.D.
   - [ ] Grade school only
   - [x] Some high school
   - [x] High school graduate
   - [ ] Some college
   - [ ] College graduate
   - [ ] Post-graduate

6. I believe that I am not able to represent myself, because
   - [ ] English is not my primary language (**check only if applicable**); and/or
   - [ ] I cannot speak, write, and/or read English very well because (**check only if applicable and explain**): _____
   - [x] Other (**please explain**): I do not understand the process and proper legal procedures to represent myself properly.

7. Finally, I state that I am taking the following medications (list all medications or attach a list on a separate sheet): N/A

8. As indicated in paragraph three on the first page of this motion, an attorney has represented me in the following cases before this Court (attach additional pages, if necessary):

   Assigned Judge: N/A
   Case Title: N/A
   Attorney Name: N/A
   Case Number: _____
   If this case is still pending, please check box [ ]

   Assigned Judge: N/A
   Case Title: N/A
   Attorney Name: N/A
   Case Number: _____
   If this case is still pending, please check box [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Bruce W. Foutch II
Movant's Signature

12-15-14
Date

2500 Rt. 99 South
Street Address

Mt. Sterling, IL 62353
City, State, Zip

## Certificate Of Service

I certify that a copy of this <u>Motion For Recruitment of Counsel</u> was mailed to <u>Clerk of The Court, united States District Court of Southern District of Illinois, 750 Missouri Ave. East St. Louis, Il. 62201</u> on <u>12-15-14</u>

*Bruce W. Foutch II*

Bruce W. Foutch II

Case 3:14-cv-01366-MJR-SCW Document 6 Filed 12/17/14 Page 4 of 4 Page ID #24



RECEIVED DEC 17 2014 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS EAST ST. LOUIS OFFICE