UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**FILED**
APR 13 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Bruce W. Foutch II
Plaintiff(s)

vs.

Jeremy Zimmer
Defendant(s)

Case Number: 14-1366-SCW

## MOTION FOR RECRUITMENT OF COUNSEL

**NOTE: Failure to complete all items in this form may result in the denial of this motion.**

1. I, Bruce W. Foutch II, am the (check appropriate box) ☑ plaintiff ☐ defendant in this case, I am unable to afford the services of an attorney, and I ask the Court to recruit counsel to represent me in this case. I understand that the Court will attempt to recruit counsel to represent me only if certain criteria are met.

2. I have tried to find an attorney to take my case by doing the following: **(Describe in detail everything you have done to try to get an attorney to take your case so the judge can determine whether you have made a reasonable effort to obtain representation and attach copies of any documents which show you have tried to find an attorney – use additional pages if necessary.)** I Also had family contact Attorney Greg Lieter, out of Joliet, Il. he also declined to take my case, but I have been unable to recieve a letter from his office. I attached the other two lawyers letters that I contacted.
   In spite of my efforts, I have been unable to find an attorney, because: limited resources and unable to be present due to incarceration.

3. Check the appropriate box:
   ☑ I am not now, and previously have not been, represented by an attorney recruited or appointed by the Court in this or any other civil or criminal case before this Court.
   ☐ I am now, or previously have been, represented by an attorney recruited or appointed by the Court in the case(s) described on the next page.

4.  Check the appropriate box:
    - ☐ I have attached to this motion an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.
    - ☑ I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is a true and correct representation of my current financial status.
    - ☐ I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, but my financial status has changed. I have attached an Amended Application to Proceed *In Forma Pauperis* showing my current financial status.

5.  The highest level of education I have completed is (check appropriate box):
    - ☐ Grade school only
    - ☑ Some high school GED
    - ☐ High school graduate
    - ☐ Some college
    - ☐ College graduate
    - ☐ Post-graduate

6.  I believe that I am not able to represent myself, because
    - ☐ English is not my primary language (**check only if applicable**); and/or
    - ☐ I cannot speak, write, and/or read English very well because (**check only if applicable and explain**):
    - ☑ Other (**please explain**): my ignorance of proper court proceedings

7.  Finally, I state that I am taking the following medications (list all medications or attach a list on a separate sheet):

8.  As indicated in paragraph three on the first page of this motion, an attorney has represented me in the following cases before this Court (attach additional pages, if necessary):

| Assigned Judge: | Case Number: |
|---|---|
| Case Title: | |
| Attorney Name: | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: | Case Number: |
|---|---|
| Case Title: | |
| Attorney Name: | |
| If this case is still pending, please check box ☐ | |

I declare under penalty of perjury that the foregoing is true and correct.

_Bruce Fontel_
Movant's Signature

_4-9-15_
Date

_P.O. Box 494_
Street Address

_Hillsboro, Il. 62049_
City, State, Zip

# KUEHN, BEASLEY & YOUNG, P.C.

*A Professional Corporation*

23 Public Square, Suite 450, Belleville, IL 62220
Phone (618) 277-7260 • Fax (618) 277-7718

Clyde L. Kuehn
Justin A. Kuehn
Jarrod P. Beasley
Matthew P. Young

clydekuehn@kuehnlawfirm.com
justinkuehn@kuehnlawfirm.com
jarrodbeasley@kuehnlawfirm.com
mattyoung@kuehnlawfirm.com

March 16, 2015

Mr. Bruce W. Foutch
Inmate #B-87933
P.O. Box 499
Hillsboro, IL 62049

RE: **LEGAL REPRESENTATION INQUIRY**

Dear Mr. Foutch,

It was a pleasure speaking with you regarding your case. I have looked into the matter and discussed it with my partners. Regrettably, we will be unable to take your case or advance your interests in this matter.

Please understand that by not taking your case, we are expressing no opinion as to its merits or the likelihood you will prevail. We strongly recommend that you consult with another attorney about this matter without delay to be sure your rights will not be lost or jeopardized. There are various statutes of limitations imposing time deadlines on the commencement of suits. Failure to meet these limitations would forever bar you from pursuing your case.

Again, we will not be representing you in this matter and will not be taking action on your behalf. We wish you the best of luck in the future.

Respectfully,

Jarrod P. Beasley

JPB/mmso

# PAUL M. STORMENT, JR. P.C.

Attorney At Law

310 East Washington
Belleville, Illinois 62220
(618) 233-4846

Paul M. Storment, Jr.                                                                 Fax (618) 277-7239

March 18, 2015

**_PERSONAL AND CONFIDENTIAL_**
Bruce W. Foutch
PO Box 499
Hillsboro, IL 62049

RE:    federal civil suit

Dear Mr. Foutch:

I acknowledge receipt of your letter of March 11, 2015 and I cannot represent you in any federal lawsuit due to our previous conflicts.

However, I wish you well.

Very truly yours,

Paul M. Storment, Jr.
PMS/er

## CERTIFICATE OF SERVICE

I certify that a copy of this *Motion For Recruitment of Counsel* was mailed/delivered
(Name of Document)

to *Office of the Clerk* on *4-9-15*.
(Name and Address of Party/Attorney) (Date)

750 Missouri Ave.
E. St. Louis, Il.
62201

*Bruce W. Foutch*
Signature

*Bruce W. Foutch II*
Printed Name