In the United States District Court
For the Southern District of Illinois

Bruce W. Foutch II )
　　Plaintiff, )
v. ) Case No. 14-1366-SCW
Jeremy Zimmer, )
　　Defendant. )
)
)

FILED
MAY 04 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## Answer to Summary Judgement

Now comes Plaintiff, Bruce W. Foutch II with his Answer to Summary Judgement filed by Defendant Jeremy Zimmer, Answer states as follows:

① I pray the Honorable courts will look at the pictures and the sole witness, Anna M. Washburn, statement that I, Bruce W. Foutch II have presented to the courts and see that excessive force was in fact used by the Defendant.

② I previously filed a memorandum to Amend my Complaint; I ask the courts to allow the pictures and statement from Anna M. Washburn to be used to support this Answer to the Defendants Summary Judgement.

③ I also gave Defendant a release of all medical records from the incident. I pray these records will help the courts to see the injury I suffered from the incident.

Wherefore, the Plaintiff, Bruce W. Foutch II, prays the Court enter an Order Denying Summary Judgement Filed by Defendant.

Plaintiff, Bruce W. Foutch II
signed, Bruce W. Foutch II

## Certificate of Service

I, Bruce W. Foutch II, certify that a copy of this Answer to Summary Judgement was mailed to Office of the Clerk on April 29th 2015.
301 West Main Str.
Benton, Il. 62812

Bruce W. Foutch II
signature

Bruce W. Foutch II
Printed.