# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BRUCE W. FOUTCH, II,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.   14-1366-SCW |
| | ) | |
| **JEREMY ZIMMER,** | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

## JUDGMENT IN A CIVIL CASE

This issue came before this Court for jury trial.   The issues have been tried and the jury has rendered its verdict (Doc. 54)

THEREFORE, judgment is entered in favor of Defendant **JEREMY ZIMMER** and against Plaintiff **BRUCE W. FOUTCH, II.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.   These deadlines for motions under Rule 59 cannot be extended by the Court.   The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.   This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 5th day of December, 2016

                       **JUSTINE FLANAGAN, ACTING CLERK**

                       BY: _/s/ Angela Vehlewald_
                          **Deputy Clerk**

**Approved by**   _/s/ Stephen C. Williams_
     **United States Magistrate Judge**
     **Stephen C. Williams**